**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-6704**

———————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

ROBERT EDWARD SILLS, a/k/a Bobby,

    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (2:03-cr-00148-JBF-5)

———————

Submitted:  August 14, 2008   Decided:  August 21, 2008

———————

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Edward Sills, Appellant Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Edward Sills appeals the district court's orders denying his motion under 18 U.S.C. § 3582(c)(2) (2000), seeking a reduction to his sentence based on an amendment to the Sentencing Guidelines, and denying his amended motion. We have reviewed the record and find no reversible error. Accordingly, we find the district court did not abuse its discretion in denying the motions. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (motion under § 3582(c) "is subject to the discretion of the district court"); United States v. Legree, 205 F.3d 724, 727 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED